1 | JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

2

3 | BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

4 | CHRISTINE Y. WONG (NYBN 3988607)
Assistant United States Attorney

5

6 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7301

7 | Facsimile: (415) 436-6753
E-Mail:    Christine.Wong@usdoj.gov

8

Attorneys for the United States of America

9

FILED
MAR 3 1 2009
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | SAN FRANCISCO DIVISION

13

14 | UNITED STATES OF AMERICA        )     No. 09-0270 CRB
                                    )
15                                  )
         v.                         )
16                                  )     STIPULATION AND [PROPOSED]
                                    )     ORDER DOCUMENTING WAIVER
17 | GUSTAVO LANZAS,                 )
                                    )
18 |     Defendant.                  )
                                    )
19 | _____ )

20

21

22 | On March 25, 2009, defendant Gustavo Lanzas, appeared with his counsel, Ronald Tyler,

23 | Esq., before Magistrate Judge Edward M. Chen for a detention hearing. The defendant waived

24 | without prejudice the detention hearing, was ordered detained pending trial, and was ordered to

25 | appear before Judge Charles R. Breyer at 2:15 p.m. on April 22, 2009, for an initial

26 | appearance/status conference before the District Court. With the agreement of the parties and

27 | with the consent of the defendant, the Court enters this order confirming the exclusion of time

28 | under the Speedy Trial Act from March 25, 2009 through April 22, 2009. The parties agree and

stipulate, and the Court finds and holds, as follows:

1. The defendant, Gustavo Lanzas, with his counsel, Ronald Tyler, Esq., appeared before the Court on March 25, 2009, for a detention hearing, waived without prejudice the detention hearing, and was ordered to appear before Judge Charles R. Breyer at 2:15 p.m. on April 22, 2009, for an initial appearance/status conference before the District Court. The parties requested, and the Court ordered, the exclusion of time under the Speedy Trial Act from March 25, 2009 to April 22, 2009, to allow counsel to receive and begin reviewing discovery, which would ensure the effective preparation of counsel.

2. Accordingly, the Court finds that the ends of justice served by excluding the period from March 25, 2009 to April 22, 2009 from Speedy Trial Act calculations outweighs the interests of the public and the defendant to a speedy trial, by ensuring the effective preparation of counsel, in accordance with 18 U.S.C. § 3161(h)(8)(A) and (B).

STIPULATED:

DATED: March 27, 2009

/s/
RONALD TYLER, ESQ.
Attorney for GUSTAVO LANZAS

DATED: March 27, 2009

/s/
CHRISTINE Y. WONG
Assistant United States Attorney

IT IS SO ORDERED.

DATED: March 30, 2009

_____
HON. EDWARD M. CHEN
United States Magistrate Judge